# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAUL MCREARY,

    *Petitioner*,

vs.

RENEE BAKER, *et al.*,

    *Respondents.*

3:14-cv-00055-LRH-VPC

ORDER

Petitioner has filed a habeas petition and a notice of appeal from a state supreme court order without properly commencing the action by paying the filing fee or filing a pauper application.

It does not appear that a dismissal without prejudice would cause a promptly filed and properly commenced new action to be untimely or otherwise cause substantial prejudice.[1]  The present improperly-commenced action therefore will be dismissed without prejudice to the filing of a new action.

---

[1] The papers submitted along with the online dockets of the state courts reflect the following:

Petitioner Paul McCreary seeks to challenge a prison disciplinary decision.  The hearing was held on August 29, 2012, and a disciplinary appeal followed.  Petitioner filed a state habeas petition on February 1, 2013.  Proceedings on that petition continued through to a January 15, 2014, decision by the state supreme court.  The remittitur likely will issue on or about Monday, February 10, 2014.  Petitioner thus has substantial time remaining in the one-year federal limitation period within which to properly commence a new federal habeas action.

Moreover, to the extent that petitioner seeks to file a notice of appeal from the state supreme court's decision, he may not do that in the same proceeding as a habeas action and he further must pay a $350.00 filing fee pursuant to the provisions of the Prison Litigation Reform Act rather than the $5.00 habeas filing fee.  Petitioner should note, however, that a federal district court does not have appellate jurisdiction over a state supreme court.

Petitioner at all times remains responsible for calculating applicable limitation periods and timely and properly commencing an appropriate action in a proper forum.

1    IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to the
2 filing of a new petition in a new action accompanied by either the required filing fee or a properly
3 completed application to proceed *in forma pauperis*.

4    IT FURTHER IS ORDERED that a certificate of appealability is DENIED.  Jurists of reason
5 would not find the dismissal of this improperly-commenced action without prejudice to be debatable
6 or wrong, as no substantial prejudice will result.  See text at n.1 and n.1.

7    The Clerk of Court shall SEND petitioner two copies each of a noncapital habeas petition form
8 and a pauper form along with one copy of the instructions for the forms and of the papers submitted in
9 this action.

10    The Clerk of Court shall enter final judgment dismissing this action without prejudice.

11    DATED this 28th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE